OTTAVIO VALENTINO, Respondent, v. NASIO STUDIO, INC., Appellant.

Supreme Court, Appellate Term, First Department, May 8, 1930.

*M. Strassman*, for the appellant.

No appearance for the respondent.

PER CURIAM. Action for damages for loss of a family photograph left with defendant for enlargement. The court awarded plaintiff $100. There was no proof justifying the award. The measure of damages in such a case is the value to the plaintiff, taking into consideration the cost of the picture lost, the probability of replacing it, etc. No award for sentimental value can be made. (*Lake* v. *Dye*, 232 N. Y. 209, at p. 214; *Wamsley* v. *Atlas Steamship Co.*, 50 App. Div. 199.)

Judgment reversed and a new trial ordered, with ten dollars costs to appellant to abide the event.

All concur; present, BIJUR, CALLAHAN and PETERS, JJ.